1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Sook Chiao Wong

7

8           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9                **WESTERN DIVISION**

10

11

12  SOOK CHIAO WONG,                )  Case No.: CV 11-02731 PLA
                                    )
13          Plaintiff,               )  ORDER OF DISMISSAL
                                    )
14      vs.                          )
                                    )
15  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
16                                  )
            Defendant.               )
17  _____)

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
    DATE:   October 4, 2011
22
                                        _____
23                                      THE HONORABLE PAUL L. ABRAMS
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

1 | DATE: October 4, 2011      Respectfully submitted,

2 |                            LAW OFFICES OF LAWRENCE D. ROHLFING
                               /s/ *Lawrence D. Rohlfing*
3 |                        BY:_____
                               Lawrence D. Rohlfing
4 |                            Attorney for plaintiff Sook Chiao Wong